| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Arthur J Punla** | Social Security number or ITIN  **xxx–xx–6813** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **12–10552–SLM** | | |

# Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Arthur J Punla

  3/8/17                                                                     **By the court:**    Stacey L. Meisel
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                 Case No. 12-10552-SLM
Arthur J Punla                                                         Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Mar 08, 2017
                              Form ID: 3180W              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
db            +Arthur J Punla,   3 Marston Road,   Flanders, NJ 07836-9426
trfee          Florida Department of Education,    OSFA,   PO Box 7019,   Tallahassee, FL 32314-7019
512674351      Chase Student Loan Servicing,   P.O. Box 7013,   Mail Code IN1-0103,
               Indianapolis, IN 46207-7013
513169639     +ECMC,   PO Box 16408,   St Paul, MN 55116-0408
512962529      Florida Dept. of Education,   PO Box 7019,   Tallahassee, FL 32314-7019
512674356      HSBC,   PO Box 52893,   Carol Stream, IL 60197-5893
512674358      Jersey City Houseing Authority,    400 US Highway #1,   Marion Gardens,   Jersey City, NJ 07306
512674359     +National City Northeast VI,   dba PNC Mortgage,   1 Cascade Plz,   Akron, OH 44308-1106
512846861     +PNC Bank,   P.O. Box 94982,   Cleveland, OH 44101-4982
512817906     +PNC Bank, National Association, as successor by me,    200 Sheffied Street, Suit 301,
               Mountainside, NJ 07092-2315
515813401     +PNC MORTGAGE, A DIVISION OF PNC BANK, N.A.,   3232 NEWMARK DRIVE, ATTN: BANKRUPTCY,
               MIAMISBURG, OH 45342-5421
512674363     +PNC Mortgage,   3232 Newmark Dr.,   Miamisburg, OH 45342-5433
512674364      PNC Mortgage,   B6-YM07-01-7,   P.O. Box 1820,   Dayton, OH 45401-1820
512674362     +Picatinny Federal Credit Union,    100 Mineral Springs Rd.,   Dover, NJ 07801-1637
512674366    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,   P.O. Box 281,
               Trenton, NJ 08695-0281)
512674369      Wells Fargo Bank, N.A.,   PO Box 5445,   Portland, OR 97208-5445
512674370     #Zucker, Goldberg & Ackerman, LLC,    200 Sheffield St., Ste. 101,   P.O. Box 1024,
               Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2017 23:02:21      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2017 23:02:18      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
512674349      EDI: AMEREXPR.COM Mar 08 2017 22:43:00      American Express,   P.O. Box 981537,
               El Paso, TX 79998-1537
512845435      EDI: BECKLEE.COM Mar 08 2017 22:38:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
512674350      EDI: HFC.COM Mar 08 2017 22:43:00      Beneficial National Bank,   PO Box 15518,
               Wilmington, DE 19850-5518
512674352      EDI: CITICORP.COM Mar 08 2017 22:43:00      Citibank SD, NA,   8725 W. Sahara Ave,
               The Lakes, NV 89163
513131851     +EDI: BASSASSOC.COM Mar 08 2017 22:43:00      Capital One, N.A.,   c/o Bass and Associates,P.C.,
               3936 E Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
512674353     +EDI: CITICORP.COM Mar 08 2017 22:43:00      Citibank SD, NA,   P.O. Box 6497,
               Sioux Falls 57117-6497
512674354      EDI: DISCOVER.COM Mar 08 2017 22:43:00      Discover,   PO Box 30943,   Salt Lake City, UT 84130
512687416      EDI: DISCOVER.COM Mar 08 2017 22:43:00      Discover Bank,   DB Servicing Corporation,
               PO Box 3025,   New Albany, OH 43054-3025
512674355     +EDI: RMSC.COM Mar 08 2017 22:43:00      GE Money Bank,   Attn: Bankruptcy Dept.,   PO Box 103104,
               Roswell, GA 30076-9104
512740947     +EDI: BASSASSOC.COM Mar 08 2017 22:43:00      HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
512674357      EDI: IRS.COM Mar 08 2017 22:43:00      Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
513019192      EDI: JEFFERSONCAP.COM Mar 08 2017 22:43:00      JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
               ST CLOUD MN 56302
512674360     +E-mail/Text: egssupportservices@egscorp.com Mar 08 2017 23:02:30
               NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2308
512742851      E-mail/Text: electronicbkydocs@nelnet.net Mar 08 2017 23:02:24      Nelnet,
               3015 South Parker Road Suite 400,   Aurora CO 80014-2904
512674361      E-mail/Text: electronicbkydocs@nelnet.net Mar 08 2017 23:02:24      Nelnet, Inc.,
               P.O. Box 82561,   Lincoln, NE 68501-2561
512972829      EDI: PRA.COM Mar 08 2017 22:38:00      Portfolio Recovery Associates, LLC,
               c/o Sears Gold Mastercard,   PO Box 41067,   Norfolk VA 23541
512674365      EDI: SEARS.COM Mar 08 2017 22:43:00      Sears Credit Cards,   PO Box 6282,
               Sioux Falls, SD 57117-6282
512732132     +E-mail/Text: bncmail@w-legal.com Mar 08 2017 23:02:28      TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
512674367      EDI: WTRRNBANK.COM Mar 08 2017 22:43:00      Target National Bank,   c/o Target Credit Services,
               P.O. Box 673,   Minneapolis, MN 55440-0673
512674368     +EDI: VERIZONCOMB.COM Mar 08 2017 22:43:00      Verizon Wireless,   2000 Corporate Drive,
               Orangeburg, NY 10962-2624
512681819     +EDI: WFFC.COM Mar 08 2017 22:38:00      Wells Fargo Bank, N.A.,   1 Home Campus 3rd Floor,
               Des Moines, IA 50328-0001
                                                                                              TOTAL: 23
```

```
District/off: 0312-2         User: admin                Page 2 of 2              Date Rcvd: Mar 08, 2017
                             Form ID: 3180W             Total Noticed: 40

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Jefferson Capital Systems LLC
cr            PNC Bank, National Association, as successor by me
                                                                                 TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
         Brian C. Nicholas     on behalf of Creditor    PNC Bank, National Association, as successor by
          merger to National City Mortgage a division of National City Bank bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Frank J. Martone     on behalf of Creditor    PNC Bank, National Association, as successor by merger
          to National City Mortgage a division of National City Bank bky@martonelaw.com
         Joel A. Ackerman     on behalf of Creditor    PNC Bank, National Association
          jackerman@zuckergoldberg.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Michael S. Ackerman     on behalf of Creditor    PNC Bank, National Association, as successor by
          merger to National City Mortgage a division of National City Bank
          bankruptcynotice@zuckergoldberg.com
         Paul Evangelista     on behalf of Debtor Arthur J Punla pselawpc@gmail.com,  pselawpc@gmail.com
                                                                                          TOTAL: 6
```