| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys for Secured Creditor<br>**PNC Bank NA**<br><br>Sindi Mncina (237862017) | Order Filed on May 7, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey<br><br>Case No.: 12-10552-SLM<br><br>Chapter 13<br><br>Judge: Stacey L. Meisel |
| **In Re:**<br><br>Arthur J Punla,<br><br>Debtor. | |

**ORDER DIRECTING REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: May 7, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtors: Arthur J Punla
Case No.: 12-10552-SLM
Caption of Order: **Order Directing Redaction of Personal Information**

___

    The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on March 9, 2012, as Claim 9-1 on the Claims Register.

    ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

    ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

    ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur J Punla  
      Debtor

Case No. 12-10552-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 07, 2019  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.  
db            +Arthur J Punla,    3 Marston Road,     Flanders, NJ 07836-9426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:  
         Brian C. Nicholas     on behalf of Creditor    PNC Bank, National Association, as successor by merger to National City Mortgage a division of National City Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Frank J. Martone     on behalf of Creditor    PNC Bank, National Association, as successor by merger to National City Mortgage a division of National City Bank bky@martonelaw.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Paul Evangelista     on behalf of Debtor Arthur J Punla pselawpc@gmail.com, pselawpc@gmail.com  
         Sindi Mncina     on behalf of Creditor    PNC BANK, N.A. smncina@rascrane.com  
                                                                                                   TOTAL: 5